IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

SAMUEL WANI,  No. 3:17-cv-01192-YY

        Plaintiff,

v.

DR. THOMAS CROY; PROVIDENCE  ORDER
MEDICAL GROUP; GREGG BOUGHTON;
and GEORGE FOX UNIVERSITY,

        Defendants.

HERNANDEZ, District Judge:

Magistrate Judge You issued a Findings and Recommendation (#32) on December 13, 2017, in which she recommends that this Court grant the George Fox Defendants' motion to dismiss, deny their alternative motion to consolidate, and grant Croy's motion for joinder in the George Fox Defendants' motion. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, I am relieved of my obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also United States v. Bernhardt*, 840

1 - ORDER

F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, I find no error.

CONCLUSION

The Court ADOPTS Magistrate Judge You's Findings & Recommendation [32]. Accordingly, the George Fox Defendants' motion to dismiss [13] is granted and the alternative motion to consolidate [13] is denied. Croy's motion for joinder in the George Fox Defendants' motion [17] is granted.

IT IS SO ORDERED.

DATED this 2 day of February, 2018.

*Marco Hernandez*
MARCO A. HERNANDEZ
United States District Judge